# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MALIK ROBERTSON**<br><br>v.<br><br>**CHRISTIAN J. FENICO, et al.** | **CIVIL ACTION**<br><br>**NO. 16-1928** |

## ORDER RE: MOTION FOR SUMMARY JUDGMENT

**AND NOW**, this 29th day of March, 2018, for the reasons stated in the foregoing Memorandum, the Motion for Summary Judgment of Defendants Christian Fenico and Kathleen Barr (ECF 27) is **GRANTED**.

The Complaint is dismissed, with prejudice. The Clerk shall close the case.

**BY THE COURT:**

**/s/ Michael M. Baylson**
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 16\16-1928 Robertson v Fenico\16cv1928 Order 03292018.doc